1

2

3

4

5

6                         **UNITED STATES DISTRICT COURT**

7                              **DISTRICT OF NEVADA**

8

KWASSUH WESLEY GLENN DICK,                    )
9                                             )
                    Plaintiff,                )
10                                            )          3:16-cv-00584-RCJ-WGC
          vs.                                 )
11                                            )
WILLIAM E. SCHAEFFER et al.,                  )          **ORDER**
12                                            )
                    Defendants.               )
13  _____ )

14          Plaintiff Kwassuh Dick has sued the Austin Township Justice Court ("the ATJC") and

15  Justice of the Peace William Schaeffer *in pro se* in this Court.  In Count I, Plaintiff alleges that

16  unidentified Lander County Sheriff's Office deputies interfered with his hunting activities in

17  2012 in violation of the Treaty with the Snake (Northern Paiute) of 1865.  Specifically, the

18  deputies arrested him on June 7, 2012 for having killed three antelope.  Plaintiff spent four days

19  in the Lander County Jail without being brought before a judge.  The ATJC continued his trial to

20  July 2013 at his request.  Plaintiff requested that the "Winnemucca Traditional Tribal Court"

21  hear his case.  That purported court accepted his request and purported to rule in his favor.

22  Nevertheless, the ATJC proceeded in some fashion in October 2013 (the allegations are largely

23  illegible).  In Count II, Plaintiff alleges "judicial misconduct" by Justice Schaeffer for having

24  ignored the purported acquittal in the tribal court.

25          Plaintiff filed an emergency motion asking the Court to direct the U.S. Marshals Office to

1   take him into "protective custody" and transport him to his home.  In the motion, Plaintiff noted

2   that the ATJC had dismissed the charges against him when the state failed to produce its

3   witnesses at the time scheduled for trial, but Plaintiff had been arrested on October 24, 2016 by

4   Fallon Paiute–Shoshone Tribal Police based on a contempt of court warrant issued by the ATJC.

5       The Court denied the motion because it was not signed by Plaintiff but by "Benny Mills,

6   Elder Traditional Speaker," who was not an attorney admitted before the Court, and even if the

7   motion had been signed by Plaintiff or an attorney, Plaintiff had made no showing that the order

8   of contempt upon which the arrest was made was contrary to federal law and had not even

9   alleged the basis of the order of contempt.  The Court then ordered Plaintiff to show cause why

10  Count I should not be dismissed under the statute of limitations and why the entire Complaint

11  should not be dismissed based on judicial immunity.  In his response, Plaintiff has made no

12  argument as to either issue.  Accordingly, the Court rules that Count 1 is time-barred, and

13  Defendants are entitled to judicial immunity against all claims.

**CONCLUSION**

15      IT IS HEREBY ORDERED that the Complaint is DISMISSED.

16      IT IS FURTHER ORDERED that the Clerk shall enter judgment and close the case.

17      IT IS SO ORDERED.

18  Dated : January 4, 2017.

_____
ROBERT C. JONES
United States District Judge